# ORIGINAL CIVIL COVER SHEET

JS 44 (Rev. 12/96)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
TONKO REYES, INC.

## DEFENDANTS
LLOYDS OF LONDON

**04-00016**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: London, U.K.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Mitchell F. Thompson, Esq.
Maher & Thompson, P.C.
First Savings & Loan Building
140 Aspinall Avenue
Hagatna, Guam 96910    P#(671) 477-7892

ATTORNEYS (IF KNOWN)
David Ledger, Esq.
Carlsmith Ball LLP
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910    P#(671) 472-6813

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☒ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. §1332(a)(2) - Removal of Action from the Superior Court of Guam.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: March 25, 2004

SIGNATURE OF ATTORNEY OF RECORD: [signature]

**RECEIVED** MAR 25 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 1:04-cv-00016  Document 1  Filed 03/25/2004  Page 1 of 1

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR 2 5 2004
MARY L. M. MORAN
CLERK OF COURT

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Lloyds of London

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONKO REYES, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>LLOYDS OF LONDON,<br><br>        Defendant. | CIVIL CASE NO. **04-00016**<br><br>**DEFENDANT'S NOTICE OF REMOVAL; EXHIBIT A** |

        Defendant Lloyds of London, pursuant to 28 U.S.C. § 1332(a)(2) and 28 U.S.C. §1446, hereby removes the above action from the Superior Court of Guam to this Court on the following grounds:

        1.     The above action was filed in the Superior Court of Guam as Civil Case No. CV0256-04 on or about March 5, 2004, and is now pending in that Court. Defendant first learned of the action on or about March 8, 2004.

        2.     This Court has original jurisdiction under 28 U.S.C. § 1332(a)(2).

        3.     Defendant is thus entitled to remove the above action from the Superior Court of Guam to this Court pursuant to 28 U.S.C. § 1332(a)(2) and 28 U.S.C. §1446.

4. Copies of all process, pleadings and orders served upon Defendant are attached as Exhibit "A" and filed herewith.

DATED: Hagåtña, Guam, March 25, 2004.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Lloyds of London



**MAHER & THOMPSON, P.C.**
140 ASPINALL AVENUE,
SUITE 201, AGANA, GUAM 96910
TEL: (671) 477-7892/4
FAX: (671) 477-7889
E-MAIL: ted@netpci.com

Attorneys for Plaintiff
TONKO REYES, INC.

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| TONKO REYES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LLOYDS OF LONDON, <br><br> Defendants. | CIVIL CASE NO. CV_____ <br><br> SUMMONS |

To the above-named defendant:

LLOYDS OF LONDON
Lot No. 5102-1NEW-1
Dededo, Guam

YOU ARE HEREBY SUMMONED and required to serve upon MAHER & THOMPSON, P.C., whose address is 140 Aspinall Avenue, Suite 201, Agana, Guam 96910, an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive the date of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint.

DATED:

RICHARD B. MARTINEZ
Acting Clerk of Court
Superior Court of Guam

By: *James R. Borja*
Deputy Clerk

**EXHIBIT A**

MAHER & THOMPSON, PC.
140 Aspinall Avenue, suite 201
Agana, Guam 96910
Telephone: (671) 477-7892/4
Facsimile: (671) 477-7889

Attorneys for Plaintiff

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| TONKO REYES, INC., ) | CIVIL CASE NO.CV |
| Plaintiff, ) | |
| vs. ) | COMPLAINT |
| LLOYDS OF LONDON, ) | |
| Defendant. ) | |

Plaintiff alleges as follows:

1. This court has jurisdiction of this matter pursuant to 7 Guam Code Annotated section 3105, and 22 Guam Code Annotated section 18608.

2. Plaintiff Tonko Reyes, Inc. ("TRI") is a corporation organized and operating under the laws of Guam, and the holder of a leasehold interest in certain real property (and the commercial building situated thereon) located in Dededo, Guam, more particularly described as Lot No. 5102-1NEW-1, Municipality of Dededo, Guam (hereinafter referred to as "the premises").

3. Defendant Lloyds of London ("Lloyds") is, upon information and belief, a foreign insurer registered to engage in the business of insurance on Guam.

4. On or about October 21, 2001, TRI entered into a lease agreement with Cost-U-Less, Inc. ("CUL") for certain portions of the commercial building located on the premises. Under the terms of the lease, CUL maintained fire insurance (including typhoon coverage) for the entire premises.

5. On or about January 1, 2002, Lloyds issued its fire insurance policy number NN076210B covering the premises, naming CUL and TRI as loss payees. The stated value of the premises under the policy was $2,200,000.00, and the policy also included additional coverage for costs such as demolition and debris removal, appraisal fees, code compliance and extra expenses caused by the loss.

6. On or about December 8, 2002, while Lloyds' insurance policy was in full force and effect, the premises was totally destroyed by typhoon Pongsongwha.

7. TRI has performed all conditions of the policy on its part to be performed, and in accordance with the terms of the policy, gave Lloyds, through its agent and adjuster, due and timely notice of and proof of loss.

8. TRI has demanded from Lloyds payment of the sum of $682,897.63, under the additional coverage (demolition and debris removal, continuing expense, extra expense, appraisal fees and code compliance) under its policy, but Lloyds has failed and refused, and continues to fail and refuse, to pay TRI that sum.

9. As a proximate result of Lloyds' failure and refusal to timely pay TRI as alleged herein, TRI has been damaged in the sum of $682,897.63.

10. Due to Lloyds' failure to timely pay TRI for all sums due under the additional coverage, Lloyds is liable to TRI for twelve percent of all sums due, along with TRI's reasonable attorneys fees incurred for the prosecution and collection of such sums, pursuant to 22 Guam Code Annotated section 18608.

11. Lloyds also failed to timely pay TRI for all sums due under the stated value of the policy ($2,200,000.00) and Lloyds is therefore liable for twelve percent of that sum, along with TRI's reasonable attorneys fees incurred in the collection of said sum, pursuant to 22 Guam Code Annotated section 18608.

WHEREFORE plaintiff prays judgment against defendant as follows:

1. For the sum of $ 682,897.63, together with interest thereon at the legal rate until entry of judgment herein;

2. For an additional twelve percent of the above sum, pursuant to 22 Guam Code Annotated section 18608;

3. For an additional twelve percent of the stated value of the policy ($2,200,000.00), pursuant to 22 Guam Code Annotated section 18608.

4. For plaintiff's reasonable attorneys fees incurred herein, pursuant to 22 Guam Code Annotated section 18608;

5. For costs of suit herein;

6. For such other and further relief as the court

3

may deem proper.

Dated this 5th day of MARCH, 2004.

              MAHER & THOMPSON, P.C.

              Attorneys for Plaintiff

By: _____
     MITCHELL F. THOMPSON

4