

**MAHER & THOMPSON, P.C.**

140 ASPINALL AVENUE,
SUITE 201, AGANA, GUAM 96910
TEL: (671) 477-7892/4
FAX: (671) 477-7889
E-MAIL: ted@netpci.com

Attorneys for Plaintiff
TONKO REYES, INC.

FILED
DISTRICT COURT OF GUAM
APR 07 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONKO REYES, INC., <br>         Plaintiff, <br> vs. <br> LLOYDS OF LONDON, <br>         Defendant. | CIVIL CASE NO. CV04-00016 <br><br> DECLARATION OF NON-SERVICE |

I, MITCHELL F. THOMPSON, declare that:

1. I am the counsel of record for plaintiff in the above-entitled matter.

2. Prior to the removal of this matter to this court, the Superior Court of Guam issued a summons, a true and correct copy of which is attached hereto an Exhibit "1".

3. The summons issued by the Superior Court was not served prior to defendant's removal of this case to this court.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Hagatna, Guam on April 6, 2004.

MITCHELL F. THOMPSON

ORIGINAL



**MAHER & THOMPSON, P.C.**
140 ASPINALL AVENUE,
SUITE 201, AGANA, GUAM 96910
TEL: (671) 477-7892/4
FAX: (671) 477-7889
E-MAIL: ted@netpci.com

Attorneys for Plaintiff
TONKO REYES, INC.

FILED
SUPERIOR COURT
OF GUAM

2004 MAR -5 PM 2: 47

CLERK OF COURT

BY:

IN THE SUPERIOR COURT OF GUAM

TONKO REYES, INC.,

        Plaintiff,

vs.

LLOYDS OF LONDON,

        Defendants.

CIVIL CASE NO. CV_____

SUMMONS

To the above-named defendant:

LLOYDS OF LONDON
Lot No. 5102-1NEW-1
Dededo, Guam

YOU ARE HEREBY SUMMONED and required to serve upon MAHER & THOMPSON, P.C., whose address is 140 Aspinall Avenue, Suite 201, Agana, Guam 96910, an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive the date of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint.

DATED:

RICHARD B. MARTINEZ
Acting Clerk of Court
Superior Court of Guam

By: *James R. Borja*
    Deputy Clerk

EXHIBIT "1"