MAHER & THOMPSON, PC.
140 Aspinall Avenue, suite 201
Agana, Guam 96910
Telephone: (671) 477-7892/4
Facsimile: (671) 477-7889

Attorneys for Plaintiff

FILED
DISTRICT COURT OF GUAM
APR 08 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONKO REYES, INC., ) | CIVIL CASE NO.04-00016 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | JURY DEMAND |
| ) | |
| LLOYDS OF LONDON, ) | |
| ) | |
| Defendant. ) | |

Please take notice that, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, plaintiff hereby demands a jury trial in the above-entitled action.

Dated this 8th Day of April, 2004.

MAHER & THOMPSON, P.C.

Attorneys for Plaintiff
Tonko Reyes, Inc.

By: _____
MITCHELL F. THOMPSON

1

ORIGINAL