# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| TONKO REYES, INC., | Civil Case No. 04-00016 |
| Plaintiff, | |
| vs. | |
| LLOYDS OF LONDON, | MINUTES |
| Defendant. | |

(√) SCHEDULING CONFERENCE    ( ) PRELIMINARY PRETRIAL CONFERENCE
(June 23, 2004 at 3:00 p.m.)

( ) FINAL PRETRIAL CONFERENCE   ( ) STATUS CONFERENCE

**Notes**: Attorney Mitchell Thompson appeared on behalf of the plaintiff. Attorney David Ledger appeared on behalf of the defendant.

The Magistrate Judge informed counsel of the pertinent dates inserted in the proposed scheduling order. Counsel discussed the issue of setting a discovery cut-off date closer to the trial date. The Court then changed the discovery cut-off date to January 10, 2005. The Magistrate Judge then signed the scheduling order.

The Magistrate Judge advised counsel that without their consent to proceed before ~~the~~ him, a visiting district judge would be handling all dispositive matters and the trial in the case.

The Magistrate Judge stated that he would act as the settlement judge in the event the parties wished to submit the action for a settlement conference.

1  Attorney Thompson advised the Court that there are a number of witnesses residing in
2  Seattle, Washington. Attorney Thompson indicated that because of his trial schedule, he would
3  likely be conducting the off-island depositions in late September or October. Counsel also
4  discussed the possibility of having the off-island witnesses testify by video-conference for the
5  trial.
6  The conference concluded at 3:25 p.m.
7  Dated: June 23, 2004

*[signature: Judith P. Hattori]*
**JUDITH P. HATTORI**
Law Clerk

-2-