
**MAHER & THOMPSON, P.C.**

140 ASPINALL AVENUE,
SUITE 201, AGANA, GUAM 96910
TEL: (671) 477-7892/4
FAX: (671) 477-7889
E-MAIL: ted@netpci.com

Attorneys for Plaintiff
TONKO REYES, INC.

FILED
DISTRICT COURT OF GUAM
JUN 2 4 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONKO REYES, INC., <br> Plaintiff, <br> vs. <br> LLOYDS OF LONDON, <br> Defendant. | CIVIL CASE NO. CV04-00016 <br><br> SCHEDULING ORDER |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedures, and local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows: Alleged breach of insurance contract by insurer.

2. The posture of the case is as follows:

    1. The following motion are on file:   N/A

    2. The following motions have been resolved: N/A

    3. The following discovery has been initiated: N/A

3. All motion to add parties and claims shall be filed on or before: October 22, 2004.

ORIGINAL

4. All motions to amend pleadings shall be filed on or before:

October 22, 2004.

5. Status of Discovery:

The Discovery Plan attached hereto is adopted and incorporated as part of this Scheduling Order.

6. The parties shall appear before the District Court on June 23, 2004 at 3:00 p.m. for the Scheduling Conference.

7. The discovery cut-off date (defined as the last day to file response to discovery) is: ~~Thirty days before trial.~~ January 10, 2005 ~~December 10, 2004~~

8. a) The anticipated discovery motion are: none at this time.

All discovery motions shall be filed on or before October 22, 2004 and heard on or before November 19, 2004.

b) The dispositive motion shall be filed on or before December 10, 2004 and heard on or before January 14, 2005.

9. Plaintiff believes that the prospects for settlement are reasonably good. Defendant states that the prospects are unknown.

10. The Preliminary Pretrial Conference shall be held on the 15th day of February 2005 at 10:30 am ~~3:00 p.m.~~.

11. The parties' pretrial materials, discovery material, witness list, designations and exhibit lists shall be filed on or before February 22, 2005.

12. The Proposed Pretrial Order shall be filed on or before the 22nd day of February 2005.

13. The Final Pretrial Conference shall be held on the 1st day of March 2005, 10:30 ~~3:00~~ a.m.

14. The trial shall be held on the 8th day of March 2005, at 9:00 a.m.

15. The trial is a jury trial.

16. It is anticipated that it will take 3-5 days to try this case.

17. The names of counsel on this case are: Plaintiff's counsel: Mitchell F. Thompson of Maher & Thompson, P.C. Defendant's counsel: David Ledger of Carlsmith Ball

18. Plaintiff wishes to submit this case to a settlement conference. At this time Defendant does not.

19. The parties present the following suggestions for shortening trial: None.

20. The following issues will also affect the statues or management of the case: None.

DATED: 6/23/2004.

_____
JOAQUIN V. E. MANIBUSAN
Magistrate Judge

AGREED AS TO FORM AND CONTENT

RECEIVED
JUN 0 8 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

MAHER & THOMPSON, P.C.
Attorneys for Plaintiff

CARLSMITH BALL
Attorneys for Defendant

By: _____
MITCHELL F. THOMPSON

By: _____
DAVID LEDGER