

**MAHER & THOMPSON, P.C.**
140 ASPINALL AVENUE,
SUITE 201, AGANA, GUAM 96910
TEL: (671) 477-7892/4
FAX: (671) 477-7889
E-MAIL: ted@netpci.com



Attorneys for Plaintiff
TONKO REYES, INC.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONKO REYES, INC., | CIVIL CASE NO. 04-0016 |
| Plaintiff, | |
| vs. | NOTICE OF DEPOSITION |
| LLOYD'S OF LONDON, | |
| Defendant. | |

PLEASE TAKE NOTICE that on Thursday, October 7, 2004, at the hour of 10:00 a.m., at the office of Dean Moberg & Associates, 1601 Fifth Ave. Ste 860 Seattle WA, plaintiff shall take the deposition of Robert Haggerty whose address is known to you, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a Notary Public or an officer authorized by law to administer oaths.

The oral examination shall continue from day to day until completed. You are invited to attend and cross-examine.

Dated this 21st day of September, 2004.

MAHER & THOMPSON, P.C.
Attorneys for Plaintiff

By: _____
MITCHELL F. THOMPSON

ORIGINAL