

**MAHER & THOMPSON, P.C.**

140 ASPINALL AVENUE,
SUITE 201, AGANA, GUAM 96910
TEL: (671) 477-7892/4
FAX: (671) 477-7889
E-MAIL: ted@netpci.com

Attorneys for Plaintiff
TONKO REYES, INC.





IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| TONKO REYES, INC., | ) | CIVIL CASE NO. 04-0016 |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF DEPOSITION |
| LLOYD'S OF LONDON, | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that on Friday, October 8, 2004, at the hour of 11:00 a.m., at the office of Cost-U-Less, Inc., 8160 304th Avenue, Building 3, Suite A Preston, WA., plaintiff shall take the deposition of Brian Rose whose address is known to you, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a Notary Public or an officer authorized by law to administer oaths.

The oral examination shall continue from day to day until completed. You are invited to attend and cross-examine.

Dated this 21st day of September, 2004.

MAHER & THOMPSON, P.C.
Attorneys for Plaintiff

By: _____
MITCHELL F. THOMPSON

ORIGINAL