

**MAHER & THOMPSON, P.C.**
140 ASPINALL AVENUE,
SUITE 201, AGANA, GUAM 96910
TEL: (671) 477-7892/4
FAX: (671) 477-7889
E-MAIL: ted@netpci.com

Attorneys for Plaintiff
TONKO REYES, INC.

FILED
DISTRICT COURT OF GUAM
OCT 01 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | |
|---|---|
| TONKO REYES, INC. ) | CIVIL CASE NO. 04-0016 |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | NOTICE OF CANCELLATION |
| ) | OF DEPOSITIONS |
| LLOYDS OF LONDON ) | |
| ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that on Friday, October 8, 2004, at the hour of 11:00 a.m., plaintiff hereby cancels the following depositions herein:

1. Robert Haggerty, October 7, 2004 at 10:00a.m.;

2. Jeffrey Meder, October 8, 2004 at 10:00a.m.; and

3. Brian rose, October 8, 2004 at 11:00a.m.

Dated this 1st day of October, 2004.

MAHER & THOMPSON, P.C.
Attorneys for Plaintiff

JAMES M. MAHER

**ORIGINAL**