MAHER & THOMPSON, P.C.
140 Aspinall Avenue, suite 201
Agana, GU 96910
Telephone: (671) 477-7892/4
Facsimile: (671) 477-7889

Attorneys for plaintiff

**FILED**
DISTRICT COURT OF GUAM
DEC 29 2004
MARY L.M. MORAN
CLERK OF COURT

13

DISTRICT COURT OF GUAM

| | |
|---|---|
| TONKO REYES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LLOYDS OF LONDON, <br><br> Defendant. | Civil Case No.04-0016 <br><br> STIPULATION FOR DISMISSAL AND ORDER |

The parties hereto stipulate, through counsel, that the above-entitled action is hereby dismissed, with prejudice, with each party to bear its own costs.

MAHER & THOMPSON, P.C.
Attorneys for Plaintiff

By: _____
MITCHELL F. THOMPSON

Dated: 11/23/04

CARLSMITH BALL
Attorneys for Defendant

By: _____
DAVID LEDGER

Dated: Dec. 23, 2004

Tonko Reyes, Inc. v. Lloyds of London
District Court of Guam Civil Case No.04-0016
Stipulation and Order for Dismissal

Based on the foregoing stipulation of the parties, the above-entitled action is hereby dismissed with prejudice, with each party to bear its own costs.

Dated: December 28, 2004.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

Notice is hereby given that this document was entered on the docket on 12/29/04.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 12/29/04
Deputy Clerk    Date

RECEIVED
DEC 27 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM