DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TONKO REYES, INC., | CIVIL CASE NO. 04-00016 |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| LLOYDS OF LONDON, | |
| Defendant. | |

Judgment is hereby entered in accordance with the Stipulation for Dismissal and Order filed on December 29, 2004.

Dated this 30th day of December, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on 12/30/04.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 12/30/04
Deputy Clerk    Date